## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RUSSELL HOLLIDAY**                                                    **PLAINTIFF**
**ADC #171511**

**v.**                                    **Case No. 4:26-cv-00192-KGB**

**DEXTER PAYNE**                                                        **DEFENDANT**

### ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 8). Plaintiff Russell Holliday has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Holliday's complaint for failure to maintain a current mailing address with the Clerk as required by Local Rule 5.5(c)(2) and failure to comply with Judge Harris's March 25, 2026, Order (Dkt. Nos. 1; 5). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this the 3rd day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge