**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**RUSSELL HOLLIDAY**                                                              **PLAINTIFF**
**ADC #171511**

**v.**                                       **Case No. 4:26-cv-00192-KGB**

**DEXTER PAYNE**                                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Russell Holliday's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is

denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is

considered frivolous and not in good faith.

It is so adjudged this 3rd day of June, 2026.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge